IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHERRY BRANDY SMITH PLAINTIFF

v. Civil No. 2:26-CV-02090-MEF

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Cherry Brandy Smith, brings this action pursuant to 42 U.S.C. § 405, seeking judicial review of a decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff's applications for a period of disability and disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401, *et seq*., and for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f. (ECF No. 2). The case is presently before the Court on the Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF Nos. 11-12). The parties have consented to a decision by the United States Magistrate Judge. (ECF No. 7). The Court has fully considered the issues, and, for the reasons given below, the motion for reversal and remand is GRANTED.

Plaintiff completed her applications for benefits on September 7, 2023, and alleged disability beginning April 1, 2022, due to arthritis, bilateral titanium rods to both legs, and a previous right ankle fracture. (ECF No. 8, pp. 265-281, 308-318). The agency affirmed the initial denial of Plaintiff's applications. (*Id.,* pp. 60-89). On Plaintiff's request, a hearing was held on June 12, 2025. (*Id.,* pp. 36-59, 165-166). Plaintiff appeared in person with her attorney representative and provided testimony, as did a vocational expert. (*Id.,* pp. 36, 41-58). By written decision dated August 29, 2025, the ALJ determined that Plaintiff was not entitled to benefits. (*Id.,*

pp. 17-29). This decision became the final decision of the Commissioner on April 20, 2026, when the Appeals Council denied Plaintiff's request for review. (*Id.,* pp. 1-5).

Plaintiff initiated this civil action on June 11, 2026, by filing a Complaint for judicial review of the Commissioner's final administrative decision pursuant to 42 U.S.C. § 405(g). (ECF No. 2). As permitted by the Supplemental Rules for Social Security, the Commissioner answered the Complaint by filing the Social Security Transcript on August 7, 2026. (ECF No. 8). *See* Fed. R. Civ. P. Supp. R. Soc. Sec. 4(b) (stating that the answer in a proceeding under 42 U.S.C. § 405(g) may be limited to a certified copy of the administrative record). Plaintiff timely filed her Appeal Brief on September 7, 2026. (ECF No. 10).

In her Appeal Brief, Plaintiff seeks reversal and remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 10, p. 18). She asserts that the decision, which assessed a full range of sedentary work, is not supported by substantial evidence for several reasons, including that the ALJ: (1) obtained a consultative examination after the hearing and found the resulting opinion persuasive, but failed to account for the sit/stand limitation endorsed by the opinion; (2) failed to obtain the cervical-spine x-ray she ordered for Plaintiff after noting, at the hearing, that the existing evidence was "not very helpful" relative to Plaintiff's cervical degenerative disc disease; (3) dismissed peripheral neuropathy as a medically determinable impairment due to the lack of evidence from an acceptable medical source, despite a treating physician's diagnosis of this condition and its classification as a severe impairment by state agency consultants; and (4) failed to mention that Plaintiff was homeless and sleeping in her car, while at the same time drawing adverse inferences from her conservative treatment and missed appointments. (*Id.,* pp. 8-18).

On September 28, 2026, the Commissioner filed the instant motion, acknowledging that, upon further review of the ALJ's decision and the certified administrative record, the case merits reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g). (ECF Nos. 11-12). The Commissioner further represents that Plaintiff, by her counsel, has confirmed that she does not oppose the motion. (ECF No. 11, p. 1).

"Sentences four and six of § 405(g) outline 'the exclusive methods by which district courts may remand to the [Commissioner][.]'" *Pottsmith v. Barnhart*, 306 F.3d 526, 527 (8th Cir. 2002) (quoting *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993) (alteration added)). Relevant here, the fourth sentence of § 405(g) authorizes a court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Supreme Court has observed that this language permits a remand to be made in conjunction with a substantive ruling as to the correctness of the administrative decision. *See Melkonyan v. Sullivan*, 501 U.S. 89, 99-100 (1991) (noting the requirement of a substantive ruling is one of the distinguishing features of a sentence-four remand).[1] *See also Pottsmith*, 306 F.3d at 528 (same).

In her brief, as noted, Plaintiff argues that the record does not evince substantial evidence to support the Commissioner's decision, and she specifically requests a remand pursuant to sentence four. (ECF No. 10, p. 18). In the instant motion, the Commissioner—without contesting Plaintiff's substantive arguments—concedes that reversal and remand pursuant to sentence four is necessary. (ECF Nos. 11-12). Accordingly, the Court **GRANTS** the Commissioner's Unopposed

[1] Under sentence six, which is not implicated here, "the district court does not affirm, modify, or reverse the [Commissioner's] decision; it does not rule in any way as to the correctness of the administrative determination." *Travis v. Astrue*, 477 F.3d 1037, 1039-1040 (8th Cir. 2007) (internal quotation and citation omitted).

Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g); **REVERSES** the final decision of the Commissioner; and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this opinion.

IT IS SO ORDERED on this 6th day of October 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE